1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ZURI SANA KABISA YOUNG,                    No.  1:22-cv-00055-DAD-BAM (PC)

12                    Plaintiff,

13          v.                                   ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DENYING
14   CHRISTIAN PFEIFFER, et al.,                 PLAINTIFF'S MOTION TO PROCEED *IN*
                                                 *FORMA PAUPERIS*
15                    Defendants.
                                                 (Doc. Nos. 2, 8)
16

17          Plaintiff Zuri Sana Kabisa Young is a state prisoner proceeding *pro se* in this civil rights

18   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 14, 2022, the assigned magistrate judge issued findings and recommendations

21   recommending that plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) be denied

22   because:  (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the

23   allegations of plaintiff's complaint do not satisfy the "imminent danger of serious physical injury"

24   exception to § 1915(g).  (Doc. No. 8.)  The magistrate judge also recommended that plaintiff be

25   ordered to pay the required $402.00 filing fee in full in order to proceed with this action.  (*Id*. at

26   4.)  The findings and recommendations were served on plaintiff and contained notice that any

27   objections thereto were to be filed within fourteen (14) days after service.  (*Id*.)  To date, no

28   objections have been filed, and the time in which to do so has since passed.

                                                 1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.  The findings and recommendations issued on January 14, 2022 (Doc. No. 8) are adopted;

2.  Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied;

3.  Within thirty (30) days from the date of service of this order, plaintiff shall pay the $402.00 filing fee in full in order to proceed with this action;

4.  Plaintiff is forewarned that failure to pay the filing fee within the specified time will result in the dismissal of this action; and

5.  This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 6, 2022**

_____
UNITED STATES DISTRICT JUDGE