UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI SANA KABISA YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>Defendants. | No. 1:22-cv-00055-DAD-BAM (PC)<br><br>OVERRULING PLAINTIFF'S LATE-FILED OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS ADOPTED BY THE COURT<br><br>(Doc. No. 11) |

Plaintiff Zuri Sana Kabisa Young is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* be denied because: (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations of plaintiff's complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g). (Doc. No. 8.) The magistrate judge also recommended that plaintiff be ordered to pay the required $402.00 filing fee in full in order to proceed with this action. (*Id.* at 4.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) No objections were received by the court, and on March 7, 2022, the undersigned adopted the findings and recommendations and

1

1 ordered plaintiff to pay the filing fee in full within thirty (30) days after service.  (Doc. No. 9.)
2 To date, plaintiff has not paid the required filing fee.
3       Currently pending before the court is plaintiff's "response" to the court's order adopting
4 findings and recommendations, which was received by the court for filing on March 23, 2022.
5 (Doc. No. 11.)  In that response, plaintiff argues that he submitted timely objections to the
6 findings and recommendations on January 23, 2022, and he alleges that prison officials destroyed
7 his outgoing mail to the court.  (*Id.*)  Plaintiff also attaches a copy of his original objections and
8 requests that the court accept them as timely filed.  (*Id.*)
9       There is no indication that plaintiff's objections, though signed and dated January 23,
10 2022, were actually submitted to prison authorities for mailing on that date.  Nevertheless, out of
11 an abundance of caution, the court has reviewed and considered plaintiff's objections.
12 Ultimately, plaintiff's objections consist of the same vague and conclusory allegations as those
13 alleged in his complaint and that the court has already determined are insufficient to demonstrate
14 that he faced imminent danger of serious physical injury at the time he filed the complaint in this
15 action.  (*Id.* at 9–18.)  Plaintiff contends that because other courts have found that he had satisfied
16 the imminent danger exception in his previous cases, this court should likewise conclude that he
17 has satisfied the imminent danger exception here.  But plaintiff's objections ignore the fact that he
18 must demonstrate that he faces an imminent danger of serious physical injury at the time of filing
19 of the complaint in this action specifically.  Plaintiff has failed to do so.  Thus, plaintiff's
20 objections do not provide any basis on which to vacate the court's order adopting the findings and
21 recommendations and to instead grant his application to proceed *in forma pauperis*.
22       Accordingly,
23       1.    Plaintiff's objections to the findings and recommendations issued on January 14,
24             2022 (Doc. No. 11) have been considered and are overruled;
25       2.    Within thirty (30) days from the date of service of this order, plaintiff shall pay the
26             $402.00 filing fee in full in order to proceed with this action;
27       3.    Plaintiff is forewarned that failure to pay the filing fee within the specified time
28             will result in the dismissal of this action; and

4. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 25, 2022**                    /s/ Dale A. Drozd
                                               UNITED STATES DISTRICT JUDGE